**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**LEE VANCE THOMAS, III,**                                    **PETITIONER**

**V.**                                        **NO. 1:01CR14-P**

**UNITED STATES OF AMERICA,**                           **RESPONDENT**

**O R D E R**

The petitioner's *pro se* § 2255 motion was denied on October 6, 2004. Before the court is a "Motion for Reconsideration of Motion to Reduce Sentence ..." (Docket entry 77). The court has considered the motion, the prior pleadings, as well as the applicable law and is of the opinion that petitioner has failed to show that the court's ruling was incorrect in law or fact. Accordingly, the motion is **denied**.

**SO ORDERED**, this the 13th day of March, 2006.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE